UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for Toyota Motor Credit Corporation

In Re:
Jason R. Mohr
Lydia Mohr

Debtor(s)

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case

Case No: 17-15155 KCF

Chapter: 13

Judge: Kathryn C. Ferguson

on behalf of

Toyota Motor Credit Corporation

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

2014 LEXUS GS350 , VIN: JTHCE1BL6E5022203

DOCUMENTS
☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐☐ All documents and pleadings of any nature.

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*