Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−15155−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Jason R Mohr                                  Lydia Mohr
   34 Avenue H                                    34 Avenue H
   Monroe Township, NJ 08831          Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−2874                                   xxx−xx−2862

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 3/16/2017 and a confirmation hearing on such Plan has been scheduled for 7/12/2017 at 10:00 am.

The debtor filed a Modified Plan on 7/6/2017 and a confirmation hearing on the Modified Plan is scheduled for 8/23/2017 at 1:00 pm. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 7, 2017
JAN: gan

                                                Jeanne Naughton
                                                Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                              Case No. 17-15155-KCF
Jason R Mohr                                                        Chapter 13
Lydia Mohr
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2           Date Rcvd: Jul 07, 2017
                             Form ID: 186             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2017.
db/jdb         +Jason R Mohr,    Lydia Mohr,    34 Avenue H,    Monroe Township, NJ 08831-2222
cr             +Cenlar FSB as servicing agent for Police and Firem,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
516785367       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516705197      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516705200      +CENLAR/Central Loan Admin & Reporting,    425 Philips Blvd,    Ewing, NJ 08618-1430
516705209     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Mabt/contfin,     121 Continental Dr Ste 1,    Newark, DE 19713)
516705199      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516705201      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516705202      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516705204      +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
                 Omaha, NE 68102-1593
516729248      +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
516705205      +Garden Savings F.c.u.,    129 Littleton Rd,    Parsippany, NJ 07054-1897
516809394      +Garden Savings Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
516705208     ++LENDUP CARD SERVICES INC,    237 KEARNY STREET,    STE 197,    SAN FRANCISCO CA 94108-4502
               (address filed with court: Lendup Card Services I,     225 Bush St Ste 1100,
                 San Francisco, CA 94104)
516715791       Nissan,    POB 660366,    Dallas, TX 75266-0366
516705210      +Officer Richard C. Genabith,    PO Box 317,    Berkeley Heights, NJ 07922-0317
516705211      +Peter J. Liska LLC,    766 Shrewsbury Ave,    Tinton Falls, NJ 07724-3001
516705212      +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
516774914       State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516922650      +Toyota Motor Credit,    PO Box 9013,    Addison Tx 75001-9013
516857852      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516705213      +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516705214      +Wells Fargo Bank,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
516922270       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 08 2017 00:07:52     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 08 2017 00:07:47     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516719084      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 08 2017 00:00:04
                 BMW Bank of North America,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
516764336       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 08 2017 00:00:18
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH  43016
516718036       E-mail/Text: mrdiscen@discover.com Jul 08 2017 00:07:04     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516705203      +E-mail/Text: mrdiscen@discover.com Jul 08 2017 00:07:04     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516833211       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2017 23:59:55
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516881344       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 08 2017 00:05:36
                 Portfolio Recovery Associates, LLC,    c/o Old Navy,    POB 41067,    Norfolk VA 23541
516863599      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2017 23:59:54
                 PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,   Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
516707387      +E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2017 00:00:12     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516705198*     +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516705206*     +Garden Savings F.c.u.,    129 Littleton Rd,    Parsippany, NJ 07054-1897
516705207*     +Garden Savings F.c.u.,    129 Littleton Rd,    Parsippany, NJ 07054-1897
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 07, 2017
                              Form ID: 186             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2017 at the address(es) listed below:

      Albert    Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Francis P. Cullari    on behalf of Joint Debtor Lydia   Mohr cullari@comcast.net
      Francis P. Cullari    on behalf of Debtor Jason R Mohr cullari@comcast.net
      Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Police and
       Firemens Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and
       Mortgage Finance Agency cmecf@sternlav.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                    TOTAL: 6