Last revised 8/1/15

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
Jason R. Mohr  
Lydia Mohr

Case No.: _____17-15155_____

Judge: _____Katherine C. Ferguson_____

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original   ☒ Modified/Notice Required   ☒ Discharge Sought

☐ Motions Included   ☐ Modified/No Notice Required   ☐ No Discharge Sought

Date: _____07/06/2017_____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: | Payment and Length of Plan |
|---|---|

a. The debtor shall pay $ ___100.00___ per ___month___ to the Chapter 13 Trustee, starting on ___04/01/2017___ for approximately ___60___ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

1

  c. Use of real property to satisfy plan obligations:

   ☒ Sale of real property
   Description: 34 Avenue H, Monroe Township, NJ 08831

   Proposed date for completion: _____10/15/2017_____

   ☐ Refinance of real property:
   Description:
   Proposed date for completion: _____

   ☐ Loan modification with respect to mortgage encumbering property:
   Description:
   Proposed date for completion: _____

  d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

  e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2:  Adequate Protection

  a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

  b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

  All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Law Office of Francis P. Cullari | Counsel Fee | $2,700.00 |

## Part 4:  Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:
Garden Savings F.c.u. (2012 Volkswagon)    Garden Savings F.c.u. (2007 GMC Yukon)
Toyota Motor Credit (2014 Lexus GS350)

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:    Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

**Part 7:    Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    b.  **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

    c.  **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

**Part 8:   Other Plan Provisions**

   **a. Vesting of Property of the Estate**

      ☒   Upon confirmation

      ☐   Upon discharge

   **b.  Payment Notices**

   Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

   **c.  Order of Distribution**

   The Trustee shall pay allowed claims in the following order:

      1) Trustee commissions
      2) Priority Claims
      3) Secured Claims
      4) Unsecured Claims

   **d.  Post-Petition Claims**

   The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:   Modification**

   If this Plan modifies a Plan previously filed in this case, complete the information below.

   Date of Plan being Modified: _____3/13/17_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To remove Garden Savings F.c.u. and to include Toyota Motor Credit. | By removing one of the Garden State Savings F.c.u.(2011 Infinity) in part 4D and adding to part 4D Toyota Motor Credit (2014 Lexus GS350). |

   Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:** **Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: _____     /s/Francis P. Cullari
                                          _____
                                          Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: _____     /s/Jason Mohr
                                          _____
                                          Debtor

Date: _____     /s/Lydia Mohr
                                          _____
                                          Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-15155-KCF
Jason R Mohr                                                                    Chapter 13
Lydia Mohr
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                  Page 1 of 2            Date Rcvd: Jul 07, 2017
                              Form ID: pdf901              Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2017.
```
db/jdb         +Jason R Mohr,   Lydia Mohr,   34 Avenue H,   Monroe Township, NJ 08831-2222
cr             +Cenlar FSB as servicing agent for Police and Firem,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway, Suite 302,   Roseland, NJ 07068-1640
516785367       American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
516705197      +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516705200      +CENLAR/Central Loan Admin & Reporting,   425 Philips Blvd,   Ewing, NJ 08618-1430
516705209     ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
               (address filed with court: Mabt/contfin,   121 Continental Dr Ste 1,   Newark, DE 19713)
516705199      +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
516705201      +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
516705202      +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                 S Louis, MO 63179-0040
516705204      +First National Bank,   Attn: FNN Legal Dept,   1620 Dodge St Mailstop Code 3290,
                 Omaha, NE 68102-1593
516729248      +First National Bank of Omaha,   1620 Dodge Street, Stop code 3105,   Omaha, NE 68197-0002
516705205      +Garden Savings F.c.u.,   129 Littleton Rd,   Parsippany, NJ 07054-1897
516809394      +Garden Savings Federal Credit Union,   c/o Peter J. Liska, LLC,   766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
516705208     ++LENDUP CARD SERVICES INC,   237 KEARNY STREET,   STE 197,   SAN FRANCISCO CA 94108-4502
               (address filed with court: Lendup Card Services I,   225 Bush St Ste 1100,
                 San Francisco, CA 94104)
516715791       Nissan,   POB 660366,   Dallas, TX 75266-0366
516705210      +Officer Richard C. Genabith,   PO Box 317,   Berkeley Heights, NJ 07922-0317
516705211      +Peter J. Liska LLC,   766 Shrewsbury Ave,   Tinton Falls, NJ 07724-3001
516705212      +Pluese, Becker & Saltzman, LLC,   20000 Horizon Way, Suite 900,   Mount Laurel, NJ 08054-4318
516774914       State Farm Bank,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516922650      +Toyota Motor Credit,   PO Box 9013,   Addison Tx 75001-9013
516857852      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
516705213      +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
516705214      +Wells Fargo Bank,   Mac F82535-02f,   Po Box 10438,   Des Moines, IA 50306-0438
516922270       Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 07 2017 23:30:19     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 07 2017 23:30:18     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516719084      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 07 2017 23:21:30
                 BMW Bank of North America,   c/o Ascension Capital Group,   P.O. Box 165028,
                 Irving, TX 75016-5028
516764336       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 07 2017 23:21:39
                 BMW Financial Services NA, LLC,   P.O. Box 3608,   Dublin, OH  43016
516718036       E-mail/Text: mrdiscen@discover.com Jul 07 2017 23:30:00     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
516705203      +E-mail/Text: mrdiscen@discover.com Jul 07 2017 23:30:00     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
516833211       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2017 23:21:38
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516881344       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 07 2017 23:27:09
                 Portfolio Recovery Associates, LLC,   c/o Old Navy,   POB 41067,   Norfolk VA 23541
516863599      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2017 23:21:30
                 PYOD, LLC its successors and assigns as assignee,   of FNBM, LLC,   Resurgent Capital Services,
                 PO Box 19008,   Greenville, SC 29602-9008
516707387      +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2017 23:21:35     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516705198*     +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516705206*     +Garden Savings F.c.u.,   129 Littleton Rd,   Parsippany, NJ 07054-1897
516705207*     +Garden Savings F.c.u.,   129 Littleton Rd,   Parsippany, NJ 07054-1897
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3           User: admin                Page 2 of 2              Date Rcvd: Jul 07, 2017
                               Form ID: pdf901            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2017 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francis P. Cullari    on behalf of Joint Debtor Lydia   Mohr cullari@comcast.net
              Francis P. Cullari    on behalf of Debtor Jason R Mohr cullari@comcast.net
              Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Police and
               Firemens Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and
               Mortgage Finance Agency cmecf@sternlav.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```