Form 196 – ntcadminerror

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−15155−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jason R Mohr                                              Lydia Mohr
   34 Avenue H                                               34 Avenue H
   Monroe Township, NJ 08831                                 Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−2874                                               xxx−xx−2862

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

On 7/7/2017 a NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
Confirmation hearing to be held on 8/23/2017 at 01:00 PM (INCORRECT TIME)

Corrected to state:
The debtor filed a Modified Plan on 7/6/2017 and a confirmation hearing on the Modified Plan is scheduled for 8/23/2017 at 10:00 AM.

The amendment of this notice does not affect deadlines that have been previously set.


Dated: July 10, 2017
JAN: slf

                                                                                 Jeanne Naughton
                                                                                 Clerk