|   |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>*Attorneys for Creditor, Cenlar FSB as servicer for Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency*<br>By: Jeanette F. Frankenberg, Esq.<br>By: Ashley L. Rose, Esq. | Order Filed on October 25, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br> Jason R Mohr<br><br> Lydia Mohr<br><br>                Debtor(s). | Chapter  13<br><br>Case No.: 17-15155-KCF<br><br>Hearing date:<br><br>Judge: Kathryn C. Ferguson |

**ORDER VACATING AUTOMATIC STAY AS TO
REAL PROPERTY TO CENLAR FSB AS SERVICER FOR POLICE AND FIREMEN'S
RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT
NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY**

      The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: October 25, 2017**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Jason R Mohr and Lydia Mohr
Case No.: 17-15155-KCF
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of Cenlar FSB as servicer for Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency**,** on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

- Land and premises commonly known as 34 Avenue H, Monroe Township, New Jersey 08831

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.