| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>*Attorneys for Creditor, Cenlar FSB as servicer for Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency*<br>By: Jeanette F. Frankenberg, Esq.<br>By: Ashley L. Rose, Esq. | **Order Filed on October 25, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

| | |
|---|---|
| In Re:<br><br>Jason R Mohr<br><br>Lydia Mohr<br><br><br>Debtor(s). | Chapter 13<br><br>Case No.: 17-15155-KCF<br><br>Hearing date:<br><br>Judge: Kathryn C. Ferguson |

## ORDER VACATING AUTOMATIC STAY AS TO
## REAL PROPERTY TO CENLAR FSB AS SERVICER FOR POLICE AND FIREMEN'S RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY

    The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: October 25, 2017**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Jason R Mohr and Lydia Mohr
Case No.: 17-15155-KCF
Caption of Order: **Order Vacating Automatic Stay**

---

Upon the Motion of Cenlar FSB as servicer for Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency**,** on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

- Land and premises commonly known as 34 Avenue H, Monroe Township, New Jersey 08831

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-15155-KCF
Jason R Mohr                                                            Chapter 13
Lydia Mohr
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin              Page 1 of 1           Date Rcvd: Oct 25, 2017
                        Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
db/jdb         +Jason R Mohr,   Lydia Mohr,   34 Avenue H,   Monroe Township, NJ 08831-2222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Francis P. Cullari    on behalf of Joint Debtor Lydia   Mohr cullari@comcast.net
      Francis P. Cullari    on behalf of Debtor Jason R Mohr cullari@comcast.net
      Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Police and
       Firemens Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and
       Mortgage Finance Agency cmecf@sternlav.com
      Nicholas V. Rogers    on behalf of Creditor    POLICE AND FIREMEN?S RETIREMENT SYSTEM BOARD OF
       TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
       nj.bkecf@fedphe.com
      Sherri J. Braunstein    on behalf of Creditor    POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF
       TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
       nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                               TOTAL: 8