UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

FRANCIS P. CULLARI, ESQ.
ATTORNEY AT LAW
1200 MILL ROAD, SUITE A
NORTHFIELD, NJ 08225
Attorney for Debtor(s)
Phone: (609) 383-3511
Fax: (609)383-3994

Order Filed on February 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jason Mohr
Lydia Mohr

Case No.: 17-15155

Chapter: 13

Judge: KCF

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 28, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Francis P. Cullari_____, the applicant, is allowed a fee of $ ___500.00___ for services rendered and expenses in the amount of $___31.00___ for a total of $___531.00___ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___112.00___ per month for ___49___ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Jason R Mohr  
Lydia Mohr  
    Debtors

Case No. 17-15155-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 28, 2018  
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.  
db/jdb        +Jason R Mohr,    Lydia Mohr,    34 Avenue H,    Monroe Township, NJ 08831-2222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                               Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:

         Albert   Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Francis P. Cullari    on behalf of Joint Debtor Lydia   Mohr cullari@comcast.net  
         Francis P. Cullari    on behalf of Debtor Jason R Mohr cullari@comcast.net  
         Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Police and Firemens Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency cmecf@sternlav.com  
         Nicholas V. Rogers    on behalf of Creditor    POLICE AND FIREMEN?S RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com  
         Sherri J. Braunstein    on behalf of Creditor    POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                       TOTAL: 8