| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/17/2018
**Chapter 13 Case No. 17-15155 / KCF**

Jason R Mohr
Lydia Mohr
34 Avenue H
Monroe Township  NJ    08831

Petition Filed Date: 03/16/2017
341 Hearing Date: 04/27/2017
Confirmation Date: 08/23/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/28/2017 | $100.00 | 38295230 - | 05/02/2017 | $100.00 | 39294640 - | 06/01/2017 | $100.00 | 40068990 - |
| 07/03/2017 | $100.00 | 40847780 - | 07/31/2017 | $100.00 | 41645100 | 08/30/2017 | $100.00 | 42438190 |
| 10/03/2017 | $100.00 | 43341730 | 11/01/2017 | $100.00 | 44043120 | 12/04/2017 | $100.00 | 44823420 |
| 01/03/2018 | $100.00 | 45608070 | 01/31/2018 | $100.00 | 46304510 | | | |

**Total Receipts for the Period: $1,100.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jason R Mohr | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | FRANCIS P CULLARI, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,700.00 | $844.50 | $1,855.50 |
| 1 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2009 INFINITI G37\DEF BAL | Unsecured Creditors | $2,809.69 | $0.00 | $2,809.69 |
| 2 | DISCOVER BANK | Unsecured Creditors | $1,490.10 | $0.00 | $1,490.10 |
| 3 | FIRST NATIONAL BANK OMAHA | Unsecured Creditors | $16,663.68 | $0.00 | $16,663.68 |
| 4 | BMW FINANCIAL SERVICES NA LLC<br>»» 2011 BMW\DEF BAL | Unsecured Creditors | $17,900.03 | $0.00 | $17,900.03 |
| 5 | STATE FARM BANK | Unsecured Creditors | $9,847.46 | $0.00 | $9,847.46 |
| 6 | AM EXPRESS CENTURION BANK | Unsecured Creditors | $6,648.73 | $0.00 | $6,648.73 |
| 7 | AM EXPRESS CENTURION BANK | Unsecured Creditors | $1,593.76 | $0.00 | $1,593.76 |
| 8 | GARDEN SAVINGS FEDERAL CREDIT UNION<br>»» 2012 VW PASSAT | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 9 | GARDEN SAVINGS FEDERAL CREDIT UNION<br>»» 2007 GMC YUKON DENALI | Debt Secured by Vehicle | $430.00 | $0.00 | $430.00 |
| 10 | LVNV FUNDING LLC<br>»» FNBM/CREDIT ONE | Unsecured Creditors | $864.64 | $0.00 | $864.64 |
| 11 | TOYOTA MOTOR CREDIT CORP<br>»» 2014 LEXUS GS350 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 12 | PYOD LLC<br>»» FNBM/CREDIT ONE | Unsecured Creditors | $799.22 | $0.00 | $799.22 |
| 13 | PYOD LLC<br>»» FNBM/CREDIT ONE | Unsecured Creditors | $488.88 | $0.00 | $488.88 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» OLD NAVY | Unsecured Creditors | $203.79 | $0.00 | $203.79 |
| 15 | CENLAR FSB<br>»» 34 AVENUE H/ORDER 6/26/17 | Mortgage Arrears | $531.00 | $0.00 | $531.00 |

**Chapter 13 Case No. 17-15155 / KCF**

| | | | | | |
|---|---|---|---|---|---|
| 16 | Wells Fargo Card Services | Unsecured Creditors | $5,691.07 | $0.00 | $5,691.07 |
| 17 | CENLAR FSB<br>»»  P/34 AVENUE H/1ST MTG\ORDER 6/26/2017/SV 10/25/17 | Mortgage Arrears | $103,729.90 | $0.00 | $103,729.90 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $298.33 | $0.00 | $298.33 |
| 19 | CAVALRY SPV I, LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $404.21 | $0.00 | $404.21 |
| 20 | CAVALRY SPV I, LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $700.95 | $0.00 | $700.95 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ATLANTIC CREDIT/PREFERRED FLOOR COVERING | Unsecured Creditors | $2,210.47 | $0.00 | $2,210.47 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,100.00 | Plan Balance: | $4,900.00 ** |
| Paid to Claims: | $844.50 | Current Monthly Payment: | $100.00 |
| Paid to Trustee: | $68.50 | Arrearages: | $0.00 |
| Funds on Hand: | $187.00 | Total Plan Base: | $6,000.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**