Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  17−15155−KCF
        Chapter:  13
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jason R Mohr                              Lydia Mohr
   34 Avenue H                                 34 Avenue H
   Monroe Township, NJ 08831         Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−2874                                xxx−xx−2862

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on April 16, 2018.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 16, 2018
JAN: bwj

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-15155-KCF
Jason R Mohr                                                              Chapter 13
Lydia Mohr
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2              Date Rcvd: Apr 16, 2018
                              Form ID: 148              Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.
```
db/jdb        +Jason R Mohr,    Lydia Mohr,    34 Avenue H,    Monroe Township, NJ 08831-2222
cr            +Cenlar FSB as servicing agent for Police and Firem,     Stern, Lavinthal & Frankenberg, LLC,
               105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
cr            +POLICE AND FIREMEN?S RETIREMENT SYSTEM BOARD OF TR,     Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr            +POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF TRU,     Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516705200     +CENLAR/Central Loan Admin & Reporting,     425 Philips Blvd,    Ewing, NJ 08618-1430
516705209    ++CONTINENTAL FINANCE COMPANY LLC,     PO BOX 8099,   NEWARK DE 19714-8099
              (address filed with court: Mabt/contfin,     121 Continental Dr Ste 1,    Newark, DE 19713)
516957253     +Cenlar FSB,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
516705202     +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
               S Louis, MO 63179-0040
516705204     +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
               Omaha, NE 68102-1593
516729248     +First National Bank of Omaha,     1620 Dodge Street,    Stop code 3105,    Omaha, NE 68197-0002
516705205     +Garden Savings F.c.u.,    129 Littleton Rd,    Parsippany, NJ 07054-1897
516809394     +Garden Savings Federal Credit Union,     c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
               Tinton Falls, NJ 07724-3001
516715791      Nissan,    POB 660366,   Dallas, TX 75266-0366
516705210     +Officer Richard C. Genabith,     PO Box 317,   Berkeley Heights, NJ 07922-0317
516705211     +Peter J. Liska LLC,    766 Shrewsbury Ave,    Tinton Falls, NJ 07724-3001
516705212     +Pluese, Becker & Saltzman, LLC,     20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
516922650     +Toyota Motor Credit,    PO Box 9013,    Addison Tx 75001-9013
516857852     +Toyota Motor Credit Corporation,     PO Box 9013,    Addison, Texas 75001-9013
516705213     +Visa Dept Store National Bank/Macy's,     Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 16 2018 23:11:04      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 16 2018 23:11:02       United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516785367      EDI: BECKLEE.COM Apr 17 2018 02:53:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
516705197     +EDI: AMEREXPR.COM Apr 17 2018 02:53:00      Amex,    Correspondence,    Po Box 981540,
               El Paso, TX 79998-1540
516719084     +EDI: AISACG.COM Apr 17 2018 02:53:00      BMW Bank of North America,
               c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
516764336      EDI: BMW.COM Apr 17 2018 02:53:00      BMW Financial Services NA, LLC,     P.O. Box 3608,
               Dublin, OH  43016
516705199     +EDI: CAPITALONE.COM Apr 17 2018 02:53:00      Capital One,
               Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516961832     +E-mail/Text: bankruptcy@cavps.com Apr 16 2018 23:11:18       Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516705201     +EDI: CHASE.COM Apr 17 2018 02:53:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516718036      EDI: DISCOVER.COM Apr 17 2018 02:53:00      Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH  43054-3025
516705203     +EDI: DISCOVER.COM Apr 17 2018 02:53:00      Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
516705208      E-mail/Text: bklcard@lendup.com Apr 16 2018 23:11:40       Lendup Card Services I,
               225 Bush St Ste 1100,    San Francisco, CA 94104
516833211      EDI: RESURGENT.COM Apr 17 2018 02:53:00      LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
516961744      EDI: PRA.COM Apr 17 2018 02:53:00      Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
516881344      EDI: PRA.COM Apr 17 2018 02:53:00      Portfolio Recovery Associates, LLC,    c/o Old Navy,
               POB 41067,   Norfolk VA 23541
516963913      EDI: PRA.COM Apr 17 2018 02:53:00      Portfolio Recovery Associates, LLC,
               c/o Preferred Floor Covering,    POB 41067,   Norfolk VA 23541
516863599     +EDI: RESURGENT.COM Apr 17 2018 02:53:00      PYOD, LLC its successors and assigns as assignee,
               of FNBM, LLC,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
516774914      EDI: BECKLEE.COM Apr 17 2018 02:53:00      State Farm Bank,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern  PA 19355-0701
516707387     +EDI: RMSC.COM Apr 17 2018 02:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
516705214     +EDI: WFFC.COM Apr 17 2018 02:53:00      Wells Fargo Bank,    Mac F82535-02f,    Po Box 10438,
               Des Moines, IA 50306-0438
516922270      EDI: WFFC.COM Apr 17 2018 02:53:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
               PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 21
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 16, 2018
                              Form ID: 148             Total Noticed: 40


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516705198*       +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516705206*       +Garden Savings F.c.u.,   129 Littleton Rd,   Parsippany, NJ 07054-1897
516705207*       +Garden Savings F.c.u.,   129 Littleton Rd,   Parsippany, NJ 07054-1897
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francis P. Cullari    on behalf of Joint Debtor Lydia   Mohr cullari@comcast.net
              Francis P. Cullari    on behalf of Debtor Jason R Mohr cullari@comcast.net
              Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Police and
               Firemens Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and
               Mortgage Finance Agency cmecf@sternlav.com
              Nicholas V. Rogers    on behalf of Creditor    POLICE AND FIREMEN?S RETIREMENT SYSTEM BOARD OF
               TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
               nj.bkecf@fedphe.com
              Sherri J. Braunstein    on behalf of Creditor    POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF
               TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
               nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 9
```